IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLAS KNOPICK, | : | |
|     Plaintiff | : | No. 1:14-cv-2090 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| UBS AG, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this 30th day of September 2015, **IT IS HEREBY ORDERED THAT** Defendants' motion to dismiss (Doc. No. 24) is **GRANTED** on the grounds of forum non conveniens. Defendants UBS AG, UBS Swiss Financial Advisers, Inc., and Rene Elste are dismissed from this action. **IT IS HEREBY FURTHER ORDERED THAT** Defendants' earlier motion to dismiss (Doc. No. 15) is **DENIED AS MOOT**.

                                                       S/ Yvette Kane
                                                     Yvette Kane, District Judge
                                                     United States District Court
                                                     Middle District of Pennsylvania