**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLAS KNOPICK,** | : | |
| Plaintiff | : | No. 1:14-cv-2090 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UBS AG, et al.**, | : | |
| Defendants | : | |

**ORDER**

On December 21, 2015, Plaintiff's counsel, the Spruce Law Group, LLC, citing a conflict of interest, moved the Court to permit them to withdraw from their representation of Plaintiff. (Doc. No. 63.) No party has opposed this motion. The only Defendant remaining in this case, Joseph Scoby, filed a motion to dismiss the complaint on December 28, 2015. (Doc. No. 64.)

**ACCORDINGLY**, on this 14th day of January 2016, **IT IS HEREBY ORDERED THAT**:

1. Spruce Law Group, LLC's motion to withdraw as counsel (Doc. No. 63) is **GRANTED**.

2. Spruce Law Group, LLC, is ordered to serve a copy of its motion and this order upon Plaintiff, Nicholas Knopick, within ten (10) days and return a certificate of service to the Court verifying that service has been made.

3. Within twenty (20) days of service of this order, Plaintiff shall file a status update with the Court. The status update shall include the identity of Plaintiff's new counsel or, in the alternative, a declaration that he intends to proceed pro se. In that status update, Plaintiff shall also show cause why Defendant Scoby's motion to dismiss (Doc. No. 64), should not be granted as unopposed. Upon receipt of Plaintiff's status update, the Court will issue a scheduling order or schedule a telephone conference as necessary.

                                             S/ Yvette Kane
                                             Yvette Kane, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania