IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS KNOPICK,** | : | |
| Plaintiff | : | No. 1:14-cv-2090 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **UBS AG, et al.**, | : | |
| Defendants | : | |

## ORDER

On January 14, 2016, the Court permitted Plaintiff's former counsel, Julie Negovan, to withdraw from this action. (Doc. No. 67 ¶ 1.) In that order, the Court directed Ms. Negovan to file a certificate of service directly upon Plaintiff, which she filed on February 12, 2016. (Doc. No. 68.) The Court ordered Plaintiff to file a status update identifying substitute counsel or declaring an intention to proceed pro se. (Doc. No. 67 ¶ 3.) To date, the Court has received no such submission from Plaintiff.

In addition, the only Defendant remaining in this action, Joseph Scoby, filed a motion to dismiss Plaintiff's complaint on December 28, 2015. (Doc. No. 64.) He filed a brief in support of his motion on the same day. (Doc. No. 65.) In its January 14, 2016 order, the Court ordered Plaintiff to show cause why Defendant's motion to dismiss should not be granted as unopposed. (Doc. No. 67 ¶ 3.) Pursuant to Middle District of Pennsylvania Local Rule 7.6, a party who fails to file a timely brief in opposition to a motion "shall be deemed not to oppose such motion." M.D. Pa. L.R. 7.6. The Court has received no responsive brief from Plaintiff.

**ACCORDINGLY**, on this 9th day of March 2016, **IT IS HEREBY ORDERED THAT** Plaintiff Nicholas Knopick shall **SHOW CAUSE** within ten (10) days of this order why Defendant Scoby's motion to dismiss (Doc. No. 64) should not be granted as unopposed. **THE**

**PARTIES ARE ADVISED THAT** should the specified period elapse with no filing from Plaintiff, the Court will grant Defendant Scoby's motion to dismiss and close this case. The Clerk of Court is directed to transmit this order to Plaintiff via United States Postal Service to his docket address and via e-mail to his docket e-mail address.

  S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania